# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| J.P. and M.K., | Case No. 18-CV-03472 (MJD/DTS) |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota, | |
| Defendant. | |

It is hereby stipulated and agreed by and between Plaintiffs J.P. and M.K. and Defendant BCBSM, Inc. that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have reached a settlement of all claims in this matter and have agreed that each party will bear its own costs and fees. The Court may issue an order dismissing the above-entitled action with prejudice and without attorneys' fees or costs to any party.

564967.1

Dated: February 1, 2022  **/s/ David W. Asp**
Charles N. Nauen (#121216)
Susan E. Ellingstad (#243346)
David W. Asp (#344850)
Jennifer L. M. Jacobs (#328753)
Derek C. Waller (#401120)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
cnnauen@locklaw.com
seellingstad@locklaw.com
dwasp@locklaw.com
jlmjacobs@locklaw.com
dcwaller@locklaw.com

Jordan Lewis (#203099)
**JORDAN LEWIS, P.A.**
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
Telephone: (954) 616-8995
Fax: (954) 206-0374
jordan@jml-lawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Dated:  February 1, 2022  **/s/ Joel A. Mintzer**
Joel A. Mintzer (#224169)
**BCBSM, INC.**
3535 Blue Cross Road
Eagan, MN 55122
Telephone: (651) 662-6383
joel.mintzer@bluecrossmn.com

David M. Wilk (#222860)
**LARSON KING, LLP**
30 E. 7th St., Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6521
Fax: (651) 789-4821
dwilk@larsonking.com

**ATTORNEY FOR DEFENDANT**