# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| J.P. and M.K., | Case No. 18-CV-03472 (MJD/DTS) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal [Doc. No. 191], **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 2, 2022            **s/Michael J. Davis**
                                    Michael J. Davis
                                    United States District Court