# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | |
|---|---|---|
| J.P. and M.K. | | **JUDGMENT IN A CIVIL CASE** |
| | Plaintiff, | |
| v. | | Case Number: 18-cv-3472 MJD/DTS |
| BCBSM, Inc. | | |
| | Defendants. | |
| BCBSM, Inc. | Counter Claimant, | |
| J.P. and M.K. | Counter Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without fees or costs to any party.


Date: 2/3/2022                                                                  KATE M. FOGARTY, CLERK